```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 01581
   MARY T COUGHLIN
                                           CHAPTER 13

                                           JUDGE: A BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-3143

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/19/2005 and was confirmed 03/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG          .00             .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE     17584.91             .00       17584.91
WASHINGTON MUTUAL BANK     NOTICE ONLY      NOT FILED             .00            .00
CITIBANK USA NA            UNSECURED           929.70             .00         826.73
THADDEUS L WILSON          DEBTOR ATTY       2,594.00                       2,594.00
TOM VAUGHN                 TRUSTEE                                          1,194.36
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              22,200.00

PRIORITY                                             .00
SECURED                                        17,584.91
UNSECURED                                         826.73
ADMINISTRATIVE                                  2,594.00
TRUSTEE COMPENSATION                            1,194.36
DEBTOR REFUND                                        .00
                   ---------------         ---------------
TOTALS               22,200.00                 22,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
        CASE NO. 05 B 01581 MARY T COUGHLIN
```